# IN THE SUPREME COURT 489

| | | | |
|---|---|---|---|
| State v. Leak<br><br>Case Below:<br>174 N.C. App. 628 | No. 664P05 | 1.  AG's Motion for Temporary Stay (COA05-393) | 1. Allowed<br>**12/06/05**<br>360 N.C. 178<br>**Stay**<br>**Dissolved**<br>**04/06/06** |
| | | 2.  AG's Petition for Writ of Supersedeas | 2. Denied<br>(04/06/06) |
| | | 3.  AG's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>(04/06/06) |
| | | 4.  Def's NOA Based Upon a Constitutional Question | 4. Dismissed ex mero motu (04/06/06) |
| State v. Lewis<br><br>Case Below:<br>176 N.C. App. 191 | No. 558PA04 | AG's Motion for Temporary Stay (COA03-785-2) | Allowed<br>03/10/06 |
| State v. Martin<br><br>Case Below:<br>176 N.C. App. 409 | No. 197P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-717) | Denied<br>(05/04/06) |
| State v. McGee<br><br>Case Below:<br>175 N.C. App. 586 | No. 077P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1338) | Denied<br>(05/04/06) |
| State v. Mitchell<br><br>Case Below:<br>175 N.C. App. 248 | No. 041P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-260) | Denied<br>(04/06/06) |
| State v. Moore<br><br>Case Below:<br>175 N.C. App. 421 | No. 051P06 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA04-1727)<br><br>2.  AG's Motion to Strike | 1. Denied<br>(04/06/06)<br><br>2. Dismissed as Moot<br>(04/06/06) |
| State v. Myers<br><br>Case Below:<br>174 N.C. App. 526 | No. 660P05 | 1.  AG's Motion for Temporary Stay (COA04-567) | 1. Allowed<br>11/29/05<br>360 N.C. 180 |
| | | 2.  AG's Petition for Writ of Supersedeas | 2. Allowed<br>(04/06/06) |
| | | 3.  AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>(04/06/06) |
| | | 4.  AG's Motion for Summary Disposition of PDR | 4. Denied<br>(04/06/06) |